**The below described is SIGNED.**

**Dated: March 05, 2010**

_R. Kimball Mosier_

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

Russell S. Walker, #3363
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT  84110-3358
Telephone: (801) 364-1100
Telefax: (801) 359-2320
rwalker@wklawpc.com

Attorneys for U.S. Bank National Association

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>ALTHEA LABRUM<br><br>Debtor. | Case No.  09-33057<br>Chapter 7<br><br>Judge R. Kimball Mosier |
|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Based upon U.S. Bank National Association ND's ("US Bank") Motion for Relief from

Automatic Stay and its Application for  Entry of Order, and neither the Debtor nor any other

party having made a response to the US Bank Motion, and after reviewing the pertinent

pleadings contained in the file, considering arguments of counsel, and being fully apprised of the

facts and the controlling provisions of law, and good cause appearing, the Court does hereby:

ORDER,

That the automatic stay pursuant to 11 U.S.C. § 362 be, and the same is, terminated and

annulled with respect to the property  located at 5724 Whitewood Drive, Salt Lake City, Utah,

84118, and whose legal description is as follows:

Lot 91, White Wood Estates Number 2 Amended Subdivision, according to the official plat thereof on filed and of record in the Salt Lake County Recorder's Office, Taylorsville, UT, 84118  (Tax Id No. 21-17-180-019-0000).

US Bank is hereby authorized to proceed with its remedies according to applicable law and the

Trust Deed against the Debtor's property and thereafter to apply the proceeds of any sale or

disposition according to the Trust Deed and applicable law.

DATED this ____ day of March, 2010.

BY THE COURT

The Honorable R. Kimball Mosier
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 4nd day of March 2010,  I caused to be served mailed a true and correct copy of the foregoing **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** via ECF to the registered users and postage prepaid, by First-Class U.S. Mail to the following:

Althea Labrum
274 Twin Bridges Lane
Midvale, UT 84047

Orren H. Labrum
5724 Whitewood Drive
SLC, UT 84118

/s/ Carolee Kirk

2